UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:25-cv-12273 ODW (ADS)                Date:  January 21, 2026

Title:  *Daniel Alejandro Marin v. Jaime Rios, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                 Kristee Hopkins                 |                 None Reported                 |
|:-----------------------------------------------:|:---------------------------------------------:|
|                  Deputy Clerk                   |           Court Reporter / Recorder           |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
             None Present                                      None Present

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: MOOTNESS**

Before the Court is a Petition for Writ of Habeas Corpus filed by Petitioner Daniel Alejandro Marin, through counsel.  (Dkt No. 1.)  The Petition seeks a writ of habeas corpus requiring Respondents to release Petitioner from immigration detention or, in the alternative, to provide a constitutionally adequate bond hearing pursuant to 8 U.S.C. § 1226(a).  (Id. at 17-18.)  The Parties filed status reports, stating Petitioner received a bond hearing before an Immigration Judge on January 20, 2026.  (Dkt. Nos. 8, 9.)

"A case becomes moot when interim relief or events have deprived the court of the ability to redress the party's injuries."  United States v. Alder Creek Water Co., 823 F.2d 343, 345 (9th Cir. 1987); see also NASD Disp. Resol., Inc. v. Jud. Council, 488 F.3d 1065, 1068 (9th Cir. 2007) (finding appeal to be moot when the plaintiffs had already been granted the relief they sought).  Courts have an obligation to consider mootness sua sponte and should deny requested relief where it is superfluous.  In re Burrell, 415 F.3d 994, 997 (9th Cir. 2005).  The "basic question in determining mootness is whether there is a present controversy as to which effective relief can be granted."  Nw. Envtl. Def. Ctr. v. Gordon, 849 F.2d 1241, 1244 (9th Cir. 1988).

Here, Petitioner has now received a bond hearing before an Immigration Judge. The Court orders Petitioner to show cause in writing why the Petition should not be dismissed as moot by no later than January 29, 2026.  Petitioner must substantively

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   2:25-cv-12273 ODW (ADS)                           Date:  January 21, 2026

Title:  *Daniel Alejandro Marin v. Jaime Rios, et al.*

specify what claims, if any, remain pending, the relief sought, and the factual and legal basis for each claim.  Respondents must substantively respond to the claims Petitioner contends remain by no later than February 5, 2026.  Petitioner may file a reply by no later than February 10, 2026.

**IT IS SO ORDERED.**

Initials of Clerk kh