

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALEJANDRO MARIN, | Case No. 2:25-cv-12273 ODW (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| JAIME RIOS, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondents' Answer (Dkt. No. 6), the Order to Show Re: Mootness (the "OSC") (Dkt. No. 10), Petitioner's Response to the OSC (Dkt. No. 11), Respondents' Response to the OSC (Dkt. No. 12), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 27), and all the records and files herein. On July 20, 2026, Respondents filed an Objection to the Report and Recommendation (Dkt. No. 28). The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections were made. The Court overrules the

objections and accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 27);

2. The Petition is granted as to Ground Three and all other grounds are dismissed without prejudice;

3. Respondents shall immediately release Petitioner Daniel Alejandro Marin (A# 241-772-366); and

4. Judgment is to be entered accordingly.

DATED:  July 22, 2026

_____

THE HONORABLE OTIS D. WRIGHT, II
United States District Judge

2