JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALEJANDRO MARIN,<br>Petitioner,<br>v.<br>JAIME RIOS, et al.,<br>Respondents. | Case No. 5:25-cv-12273 ODW (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition granted as to Ground Three. All other grounds are dismissed without prejudice.

DATED: July 22, 2026

THE HONORABLE OTIS D. WRIGHT, II
United States District Judge